In The District Court of The State of Delaware

= 06-712 =

Thermol L. Ross
   Plaintiff
        v.

Mr. Jay Patel owner
of Country Inn & Suites
of Delaware.     Respondents.



FILED
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned
NO IFP

Comes now The Plaintiff Thermol L. Ross. Pro-se And he asks This Court To Grant This petition for the following Reasons:

1.) On 6/19/06 I was employed by Mr. Jay Patel for The position of (maintenance) man. I was Arrested on 7/20/06. I was waiting on 2 checks, 1) Dated 7/01/06 And 7/15/06 pay Dated: 7/21/06. I received Both Checks Through The Division of Industrial Affairs. However one check That was for 53.15 hrs Should of Been for 65.15 hrs. On 7/14/06 I worked for Mr. Patel at his other Hotel Econo Lodge and Quality Inn In Carneys Point NJ at which I don't have a Time Card for And Should have Been added To The 53.15 hrs I also worked 7/15/06 with a Total of 12 hrs.

10 for 7/14/06 and 2 for 7/15/06. I'm requesting that this court grant this petition for 12 hrs. for a monetary total of $118.00 at 9. hrs.

Dated: 11/23/06

Respectfully Submitted

Theurice S. Ross

Date: 12-7-06

Pay-To: _Notarise Letters_

The Sum of: _ONE Dollar Sixty Cent_ and Cents _60¢_     Amount: $ _1.60_

Address to whom sent:
_Office of The Clerk_
_United State District Court_
_844 N. King Street Lockbox 18_
_Wilmington Delaware   19801-3570_

SBI# _00-162289_

Log # _____

Check # _____

Date of Ck _____

_Wallace Lee Harden Senior_
Inmate Signature

_____
OIC Signature

_____
Lieutenant Signature if Over $100.00

_____
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

Thenoil Ross # 156505
H Ry CI
1301 E. 12th Street
Wilmington, DE.
19809

WILMINGTON DE 197
24 NOV 2006 PM 3 L

Clerk US. District Court
Lock Box 18
844 N. King Street
19801