AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Themol L. Ross
_____
Plaintiff

V.

Paresh Jay. Patel
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:   06-712 SLR

I, Themol L. Ross, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant          ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Howard R. Young Institution

    **Inmate Identification Number (Required):**  # 156525

    Are you employed at the institution?  No   Do you receive any payment from the institution?  No

    *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    Country Inn Suites old Churchman Rd. Newark DE. 19713.  9.hrs  $642.41  by weekly   Jay Patel  7-06 - 8-06

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment          ☐ Yes    ☒ No
    b. Rent payments, interest or dividends                    ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments          ☐ Yes    ☒ No
    d. Disability or workers compensation payments             ☐ Yes    ☒ No
    e. Gifts or inheritances                                   ☐ Yes    ☒ No
    f. Any other sources                                       ☐ Yes    ☒ No

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?          ☐ Yes    ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                   ☐ Yes    ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.



S.  - D
T.    D
S     P.
S.    J
T     M   S

→ $252.00 per week
  $1,0.08 A month

I declare under penalty of perjury that the above information is true and correct.

12/19/06                    Thomas S. Ross
DATE                        SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



WILMINGTON DE 197
22 DEC 2006 PM 3 T

Office of The Clerk
UniTed States DisTricT CourT
844 King STreeT
Lock Box 18
WilmingTon De
19801-3570

Thermal Ross #156525
HRy CI
1301 E. 13Th STreeT
WilmingTon De
19809



RECEIVED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
****** RESIDENT COPY ******

Receivable Charge
Receipt # J5661

HRYCI
09/13/2006 12:11:10
ST 010 / OPR BSP


ROSS,
   THERMOL

  SBI            : 156525
  Date of Birth  : 08/13/1960
  Location       : 2G


  Legal Supplies -    Old Bal    :      $0.00
                      Charged    :    + $3.50
                      Collected  :    - $3.50
                      New Bal    :      $0.00
         Comment : 09/11/06 copy fee


Total Collected :                       $3.50



Debt Balance :                          $0.00
Commissary Balance :                    $3.71
```

```
****** RESIDENT COPY ******

Withdraw Money
Receipt # F22041

HRYCI
09/21/2006 11:55:32
ST 006 / CKBK 1 / OPR KJG


ROSS,
   THERMOL

  SBI            : 156525
  Date of Birth  : 08/13/1960
  Location       :

  Cash Amount    :        $0.00
  Check Amount   :      $442.59

Total Withdrawn:        $442.59

Check Information:
  Check #: 46899
  Payee  : Avis Broomer
  Memo   : Thermol Ross  SBI#156525


Comment : 9/20/6AvisBroomer717ElbertPlaceWilm


Debt Balance :               $0.00
Commissary Balance :       $199.82
```

```
****** RESIDENT COPY ******
Add Money
Receipt # F22026

HRYCI
09/21/2006 08:30:23
ST 006 / CD 6 / OPR KJG

ROSS,
  THERMOL

  SBI              : 156525
  Date of Birth    : 08/13/1960
  Location         :

  Add Amount       : $442.59

  Detail     : Country Inn & Suites Fo Delaware
  Check #    : 6431

  Comment    : Funds Fm Payroll Check

Debt Balance :              $0.00
Commissary Balance :      $642.41
```

```
****** RESIDENT COPY ******
Receivable Charge
Receipt # J5702

HRYCI
09/14/2006 13:36:05
ST 010 / OPR BSP

ROSS,
  THERMOL

  SBI              : 156525
  Date of Birth    : 08/13/1960
  Location         : 2G

  Legal Supplies -    Old Bal    :     $0.00
                      Charged    :   + $0.55
                      Collected  :   - $0.55
                      New Bal    :     $0.00
  Comment : 08/22/06 mail supply fee

Total Collected :                     $0.55


Debt Balance :                        $0.00
Commissary Balance :                  $3.16
```

```
****** RESIDENT COPY ******

Add Money
Receipt # H24354

HRYCI
09/20/2006 13:25:01
ST 008 / CD 8 / OPR BSF

ROSS,
  THERMOL

  SBI            : 156525
  Date of Birth  : 08/13/1960
  Location       :

  Add Amount     : $198.00

  Sender Name : country suites
  Check #     : 6544

  Comment     :


Debt Balance :              $0.00
Commissary Balance :      $199.82
```

```
.*** RESIDENT COPY ******

Receivable Charge
Receipt # G10726

HRYCI
08/02/2006 11:58:04
ST 007 / OPR JMH

ROSS,
  THERMOL

  SBI            : 156525
  Date of Birth  : 08/13/1960
  Location       :


Medical Fees -     Old Bal   :     $0.00
                   Charged   :   + $6.00
                   Collected :   - $6.00
                   New Bal   :     $0.00
       Comment : owed as of 04/05/05


Total Collected :                $6.00


Debt Balance :                   $0.00
  issary Balance :              $14.0(
```