IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THERMOL L. ROSS,            )
                           )
            Plaintiff,      )
                           )
    v.                     )   Civ. No. 06-712-SLR
                           )
JAY PATEL,                  )
                           )
            Defendant.      )

## ORDER

WHEREAS, plaintiff  filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 14, 2006, Plaintiff was ordered to submit within thirty (30) days, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, plaintiff filed documents on December 27, 2006, but they are deficient inasmuch as the documents do not contain information for the six-month period immediately preceding the filing of the complaint (D.I. 4);

THEREFORE, at Wilmington this _11th_ day of January, 2007,

IT IS ORDERED that, on or before **February 5, 2007,** plaintiff shall show cause why this case should not be dismissed for failure to provide his trust account statement as previously ordered by the court.

UNITED STATES DISTRICT JUDGE