To whom it may concern:

Here is the account statement from the time I came here until now. I was arrested July 20, 2006.



Thank you,

Therese Dior
1-20-2007



P.O. Box 9561
Wilmington De 19809
Thermal Loss 156535
H.P.C-I

WILMINGTON DE 197
22 JAN 2007 PM 3 L

Office of the clerk
United States District Court
844 N. King Street
Lock Box 18
Wilmington DE 19801-3570

Legal mail