```
RESIDENT HISTORY REPORT                                              06-712 (SLR)  Page 1 of 1

HRYCI
01/19/07 12:55
ST 007 / OPR JMH

SBI            : 156525
Resident Name  : ROSS, THERMOL
Time Frame     : 08/02/2006 11:57 - 01/19/2007 12:55
```



| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/02/2006 | 11:58 | Rec Payment | 7 | jmh | G10726 | 6.00 | 14.00 |
| 08/07/2006 | 06:22 | Order | 2 | WLH | B127121 | 13.94 | 0.06 |
| 08/18/2006 | 14:21 | Add | 8 | bsf | H23544 | 25.00 | 25.06 |
| 08/21/2006 | 07:53 | Order | 2 | DDT | B129207 | 24.96 | 0.10 |
| 09/10/2006 | 14:10 | Add | 8 | GLD | H24102 | 10.00 | 10.10 |
| 09/10/2006 | 14:12 | Add | 8 | GLD | H24103 | 25.00 | 35.10 |
| 09/11/2006 | 06:41 | Order | 2 | WLH | B132009 | 27.89 | 7.21 |
| 09/13/2006 | 12:11 | Rec Payment | 10 | bsp | J5661 | 3.50 | 3.71 |
| 09/14/2006 | 13:36 | Rec Payment | 10 | bsp | J5702 | 0.55 | 3.16 |
| 09/15/2006 | 14:07 | Add | 8 | bsf | H24211 | 25.00 | 28.16 |
| 09/18/2006 | 06:44 | Order | 2 | WLH | B132974 | 26.34 | 1.82 |
| 09/20/2006 | 13:25 | Add | 8 | bsf | H24354 | 198.00 | 199.82 |
| 09/21/2006 | 08:30 | Add | 6 | kjg | F22026 | 442.59 | 642.41 |
| 09/21/2006 | 11:55 | Withdrawal | 6 | kjg | F22041 | 442.59 | 199.82 |
| 09/25/2006 | 06:33 | Order | 2 | WLH | B133973 | 58.75 | 141.07 |
| 09/25/2006 | 11:19 | Credit | 11 | WLH | K1039 | 1.22 | 142.29 |
| 10/02/2006 | 06:30 | Order | 2 | DDT | B134937 | 2.30 | 139.99 |
| 10/05/2006 | 13:02 | Rec Payment | 10 | bsp | J5930 | 0.35 | 139.64 |
| 10/09/2006 | 06:32 | Order | 2 | DDT | B136021 | 53.30 | 86.34 |
| 10/16/2006 | 06:35 | Order | 2 | DDT | B137054 | 48.07 | 38.27 |
| 10/23/2006 | 06:48 | Order | 2 | DDT | B138153 | 37.68 | 0.59 |
| 12/04/2006 | 06:54 | Order | 2 | DDT | B144279 | 0.58 | 0.01 |
| 12/15/2006 | 14:30 | Add | 8 | bsf | H26675 | 30.00 | 30.01 |
| 12/18/2006 | 06:34 | Order | 2 | WLH | B146372 | 29.94 | 0.07 |
| 12/22/2006 | 14:29 | Add | 8 | bsf | H26880 | 25.00 | 25.07 |
| 12/26/2006 | 05:46 | Order | 2 | WLH | B147416 | 25.01 | 0.06 |
| 01/05/2007 | 14:24 | Add | 8 | bsf | H27256 | 25.00 | 25.06 |
| 01/08/2007 | 06:19 | Order | 2 | DDT | B149331 | 25.05 | 0.01 |
| 01/12/2007 | 14:26 | Add | 8 | bsf | H27455 | 29.00 | 29.01 |
| 01/15/2007 | 06:32 | Order | 2 | DDT | B150414 | 19.49 | 9.52 |